United States Bankruptcy Court
Western District of Washington at Seattle

In RE:                                                    Chapter 13 Case # 08-14886

Carol Maye Cook
2222 Alki Ave Sw #110
Seattle,Wa 98116

**Debtor(s)**

## Chapter 13 Trustee's Report of Filed Claims
March 11, 2009

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

K. Michael Fitzgerald
Chapter 13 Trustee

Chapter 13 Case No. 08-14886

| Name and Address of Creditor | Amount | Classification | | |
|---|---:|---|---|---|
| Afni/Verizon Wireless<br>404 Brock Dr<br>Bloomington,IL 61701 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 1389 | | |
| 249454     40 / 0019 | | Pay: 0.00% | Int%: | 0.00 |
| Bank Of America<br>100 N Tyron St<br>Charlotte,NC 28853 | $0.00 | Not Filed<br><br>Comm:<br>Acct # | | |
| 171756     40 / 0020 | | Pay: 0.00% | Int%: | 0.00 |
| Bart Anderson<br>2122 112Th Ave Ne #A300<br>Bellevue,WA 98004 | $262,043.86 | Unsecured<br><br>Comm: Disputed<br>Acct # Louis Caruso | | |
| 002301     40 / 0010 | | Pay: 0.00% | Int%: | 0.00 |
| Chase Na<br>4915 Independence Pkwy<br>Tampa,FL 33634 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 1000 | | |
| 282923     40 / 0004 | | Pay: 0.00% | Int%: | 0.00 |

| | | | |
|---|---|---|---|
| Chase Na<br>4915 Independence Pkwy<br>Tampa,FL 33634<br><br>282923	40 / 0005 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00% | Int%:	0.00 |
| Check Recovery Systems<br>Po Box 45405<br>Los Angeles,CA 90045<br><br>156828	40 / 0016 | $0.00 | Not Filed<br><br>Comm: Safeway<br>Acct #<br>Pay: 0.00% | Int%:	0.00 |
| Clerk Of Bankruptcy Court<br>Finance Dept   Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101<br>200000	1 / 0000 | $0.00 | Filing Fee<br><br>Comm:<br>Acct #<br>Pay: 100.00% | Int%:	0.00 |
| Credit Services Of Oregon<br>Po Box 1208<br>Roseburg,OR 97470<br><br>154221	40 / 0012 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 8126<br>Pay: 0.00% | Int%:	0.00 |
| Crown Hill Chiro<br>9776 Holman Rd Nw #109<br>Seattle,WA 98117<br><br>	40 / 0006 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 5157<br>Pay: 0.00% | Int%:	0.00 |
| Don Armstrong<br>450 Country Club Rd #340<br>Eugene,OR 97401<br><br>	40 / 0007 | $0.00 | Not Filed<br><br>Comm:<br>Acct # Caruso<br>Pay: 0.00% | Int%:	0.00 |
| Harborview Medical<br>Po Box 34002<br>Seattle,WA 98124<br><br>139954	40 / 0008 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00% | Int%:	0.00 |
| Kevin Bons<br>Po Box 11098<br>Eugene,OR 97440<br><br>	98 / 0009 | $0.00 | Notice Only<br><br>Comm: Caruso<br>Acct # 1969<br>Pay: 0.00% | Int%:	0.00 |
| Mitchel Kay Ps<br>Po Box 9006<br>Smithtown,NY 11787<br><br>360834	40 / 0013 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 6890<br>Pay: 0.00% | Int%:	0.00 |

| | | | | |
|---|---|---|---|---|
| Nco Financial<br>Po Box 13570<br>Philadelphia,PA 19101<br> 40 / 0014 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 594x<br>Pay: 0.00% | | Int%: 0.00 |
| Nco Financial<br>Po Box 7216<br>Philadelphia,PA 19101<br>037029 40 / 0003 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 5241; 9203<br>Pay: 0.00% | | Int%: 0.00 |
| Oregon Pacific Banking<br>Po Box 22000<br>Florence,OR 97439<br>308060 40 / 0015 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 1193<br>Pay: 0.00% | | Int%: 0.00 |
| Professional Credit Svc<br>Po Box 7548<br>Eugene,OR 97401-0039<br>046152 40 / 0011 | $1,392.57 | Unsecured<br><br>Comm: Various creditors<br>Acct #<br>Pay: 0.00% | | Int%: 0.00 |
| Safeway Stores Inc<br>5918 Stoneridge Mall Rd<br>Pleasanton,CA 94588<br> 40 / 0021 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00% | | Int%: 0.00 |
| Scott Schuab<br>% Kulla & Ronnau Pc<br>4488 Devils Lake Rd<br>Lincoln City,OR 97367<br> 97 / 0017 | $0.00 | Unsecured<br><br>Comm: Disputed<br>Acct # 2413<br>Pay: 0.00% | | Int%: 0.00 |
| Seattle Municipal Court<br>600 5Th Ave<br>Po Box 34987<br>Seattle,WA 98124<br>024371 40 / 0018 | $236.00 | Unsecured<br><br>Comm: Cit #12018646<br>Acct # Def #1382575<br>Pay: 0.00% | | Int%: 0.00 |
| Steve Odell<br>4780 Treewood Dr<br>Florence,OR 97439<br> 40 / 0022 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00% | | Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21126<br>Philadelphia,PA 19114<br>018386 98 / 0001 | $0.00 | Notice Only<br><br>Comm:<br>Acct #<br>Pay: 0.00% | | Int%: 0.00 |

| | | | | |
|---|---|---|---|---|
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114 | | $0.00 | Irs<br><br>Comm: I07 / Revised to zero<br>Acct # X8786 | |
| 018387 | 32 / 0023 | | Pay: 100.00% | Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114 | | $1,864.59 | Unsecured<br><br>Comm: I03/ Penalty<br>Acct # X8786 | |
| 018387 | 40 / 0002 | | Pay: 0.00% | Int%: 0.00 |

**Total Claimed Amount: $265,537.02**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Pursuant to rule 3007-1(b) of the local rules of bankruptcy procedure, objections to claims must be filed and served no later than ninety (90) days after March 11, 2009, the date the Chapter 13 Trustee's report of filed claims is filed. (See also rules 3007 and 9006(f) federal rules of bankruptcy procedure and rule 9013-1 local rules of bankruptcy procedures).

Within that ninety (90) day period and in the absence of written objections, the Trustee will distribute funds pursuant to the plan. Therefore disputed claims may receive disbursements until a written objection is filed.

All original proofs of claim may be reviewed at the court clerk's office.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

March 11, 2009

CC: Richard Granvold
    31620 23Rd Ave S #205
    Federal Way,WA 98003

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax:(206) 624-5282