Judge          Karen A Overstreet
Chapter        13
Hearing Date   December 2, 2009
Time            9:30 a.m.
Response Date:  November 25, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In Re:

Carol Maye Cook,

      Debtor.

No. 08-14886

ORDER GRANTING RELIEF FROM STAY

THIS MATTER having come regularly before the undersigned judge of the above-entitled Court upon Louis Caruso's Motion for Relief from Stay, the Court having considered the Motion and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Louis Caruso is granted relief from stay and the claim against Carlos Roa, Jr., as reflected in the lawsuit filed in the Lane County Circuit Court in Eugene, Oregon, Case #15-04-01969 may proceed without limitation by the automatic stay in this bankruptcy.

DONE IN OPEN COURT THIS ____ day of _____, 2009.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

__/s/ Bart R. Anderson_____
Bart R. Anderson, WSBA #12285
Attorney for Creditor Louis Caruso

ORDER GRANTING RELIEF FROM STAY - 1
J:\CLIENTS\Caruso, Louis Bky Creditor 8.2008\MFRS\order rev.doc

**BART R. ANDERSON, P.S.**
2122 - 112th AVE NE, #A-300
BELLEVUE, WA 98004-2947
(425) 637-9488