# Cash Flow Management Report

Name: Carol Maye Cook  
Name: _____  
Business Name: _____  
Address: 1000 Town Center #180 Tacoma, WA 98422

Case No. 08-14886  
Date: _____  
For month of: February 2010

Income/Sales/Revenue: 1,750 —  
Less Purchases:  
   (Cost of Good Sold) _____  
Net: _____

Total Revenue (+) 1,750 —

### Expenses (Business Only)

| Category | Amount |
|---|---|
| Net Wages (for employees) | |
| Rent | |
| Advertising | |
| Gas/Oil | 65.00 |
| Freight/Delivery | 34.06 |
| Insurance | 68.00 |
| Accounting | |
| Supplies | |
| Licenses & Permits | |
| Telephone | 35.00 |
| Utilities | |
| Office Expenses | 66.64 |
| Repairs/Maintenance | 39.00 |
| County Property Tax | |
| City Tax | |
| Employment Security | |
| Department of L & I | |
| Department of Revenue | |
| IRS 940 Deposit | |
| IRS 941 Deposit | |
| Estimated IRS payments | |

Total Expenses (-) 307.70  
Business Profit (LOSS) = 1,443.30

RECEIVED MAR 0 1 2010 CHAPTER 13 TRUSTEE SEATTLE, WA

CM054