# Cash Flow Management Report

Name: Carol Maye Cook  
Name: _____  
Business Name: _____  
Address: 1000 Town Center #180 Tacoma, WA 98422

Case No. 08-14886  
Date: _____  
For month of: March 2010

Income/Sales/Revenue: 870.00  
Less Purchases:  
  (Cost of Good Sold) _____  
Net: _____

Total Revenue (+) 870.00

## Expenses (Business Only)

| Category | Amount |
|---|---|
| Net Wages (for employees) | |
| Rent | |
| Advertising | |
| Gas/Oil | 154.00 |
| Freight/Delivery | 3.00 |
| Insurance | 77.85 |
| Accounting | |
| Supplies | 30.00 |
| Licenses & Permits | |
| Telephone | |
| Utilities | |
| Office Expenses | 8.00 |
| Repairs/Maintenance | |
| County Property Tax | |
| City Tax | |
| Employment Security | |
| Department of L & I | |
| Department of Revenue | |
| IRS 940 Deposit | |
| IRS 941 Deposit | |
| Estimated IRS payments | |

Total Expenses (-) 272.85  
Business Profit (LOSS) = 597.15

CM054

RECEIVED  
APR 19 2010  
CHAPTER 13 TRUSTEE  
SEATTLE, WA