# Cash Flow Management Report

Name: Carol Maye Cook  Case No. 08-14886

Name:  Date:

Business Name:  For month of:
Address: 1000 Town Center Tacoma, WA 98422  October, 2010

Income/Sales/Revenue: 1,886.00
Less Purchases:
 (Cost of Good Sold)
Net: 1886.00  Total Revenue (+) 1,886.00

FILED
Western District of Washington at Seattle
NOV 19 2010
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Expenses (Business Only)

| Item | Amount |
|---|---|
| Net Wages (for employees) | |
| Rent | |
| Advertising | |
| Gas/Oil /DEQ | 203.00 |
| Freight/Delivery | |
| Insurance | |
| Accounting | |
| Supplies | |
| Licenses & Permits | |
| Telephone | |
| Utilities | |
| Office Expenses | 30.00 |
| Repairs/Maintenance | |
| County Property Tax | |
| City Tax | |
| Employment Security | |
| Department of L & I | |
| Department of Revenue | |
| IRS 940 Deposit | |
| IRS 941 Deposit | |
| Estimated IRS payments | |

Total Expenses (-) 233.00
Business Profit (LOSS) = 1,653.00

CM054

RECEIVED
NOV 17 2010
CHAPTER 13 TRUSTEE
SEATTLE, WA