Bart R. Anderson (WSBA #12285)
bart@bartanderson.com
Bart R. Anderson, P.S.
2122 112th Avenue, N.E., Suite A300
Bellevue, WA 98004
Telephone: (425) 637-9488

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Carol Maye Cook,

        Debtor.

Case No. 08-14886-MLB

**NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR LOUIS CARUSO**

PLEASE TAKE NOTICE that Marianne Dugan is hereby substituted as attorney of record for Creditor Louis Caruso in this proceeding in place of attorney Bart R. Anderson. All further payments, papers, pleadings, and communications directed to Mr. Caruso with respect to this case should be addressed to the following:

    Marianne Dugan (OSB No. 93256)
    mdugan@mdugan.com
    259 East Fifth Avenue, Suite 200-D
    Eugene, OR 97401
    Telephone: (541) 338-7072
    Facsimile: (866) 650-5213

DATED: ~~February~~ March 4, 2011

MARIANNE DUGAN (OSB No. 93256)
Attorney for Creditor Louis Caruso

DATED: ~~February~~ March 17, 2011

BART R. ANDERSON (WSBA #12285)
Former Attorney for Creditor Louis Caruso

PAGE 1 OF 1 – NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR LOUIS CARUSO